MICHAEL J. MURPHY, Respondent, *v.* YONKERS RAILROAD
COMPANY, Appellant.

*Negligence — railroads — when motorman injured in head-on collision
may recover.*

*Murphy* v. *Yonkers R. R. Co.*, 192 App. Div. 923, affirmed.
(Argued December 7, 1921; decided January 10, 1922.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered May 28, 1920, affirming a judgment in favor of
plaintiff entered upon a verdict in an action to recover
for personal injuries alleged to have been sustained by
plaintiff through the negligence of defendant, his employer,
by reason of a collision between two trolley cars of the
defendant, one of said cars being operated by plaintiff,
as motorman, in a westerly direction from the village of
Tuckahoe towards the city of Yonkers on the single-
track portion of what is known as defendant's Tuckahoe
line, and the other car being operated in an easterly
direction along the same line from Yonkers towards
Tuckahoe by one Rutledge, who was also working in
defendant's employ as a motorman. The acts of negli-
gence alleged in the complaint were (1) that the defendant
and its vice-principals directed and permitted the two
colliding cars to be operated along the single-track portion
of its said Tuckahoe line in opposite directions without
warning to the plaintiff; (2) that the car with which
plaintiff's car collided was being operated at a negligent
rate of speed and was not under proper control; and (3)
that the car operated by plaintiff was defective in that
its sand-box would not discharge sand upon the rails
of the track.

The answer denied the allegations of negligence and
alleged that the accident was due entirely to the negligence
of the plaintiff.

*Alfred T. Davison, Alex. R. Jones* and *Leverett F. Crumb*
for appellant.

*Sydney A. Syme* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Dissenting: HISCOCK, Ch. J., and McLAUGHLIN, J.